Kevin J. Walsh (KW 6083)
Casey B. Howard (CH 4633)
LOCKE LORD BISSELL & LIDDELL LLP
885 Third Avenue, 26th Floor
New York, New York 10022
(212) 947-4700 (Telephone)
(212) 947-1202 (Fax)

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------- x

NATIONAL BIOFUELS LP

                           Plaintiff,

              - against -

ENAGRA, INC., MICHAEL V. PETRAS AND
ROBERT JAGUNICH

                          Defendants.
-------------------------------------------------------------- x

JUDGE MARRERO

08 CV 2858
ECF CASE

**PLAINTIFF**
**NATIONAL BIOFUELS**
**LP's**
**Rule 7.1 Statement**

MAR 18 2008
U.S.D.C. S.D. N.Y.
CASHIERS

      Pursuant to Federal Rule of Civil Procedure 7.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff National Biofuels LP ("NBF"), a private non-governmental party, hereby certifies that NBF has no parent company and that NBF's shares are not publicly traded and no publicly held corporation owns ten percent or more of NBF's stock.


| | |
|---|---|
| Dated: New York, New York<br>March 18, 2008 | Respectfully submitted,<br>**LOCKE LORD BISSELL & LIDDELL LLP**<br><br>By: _/s/ Casey B. Howard_<br>Kevin J. Walsh (KW 6083)<br>Casey B. Howard (CH 4633)<br>885 Third Avenue, 26th Floor<br>New York, New York 11105<br>212.812.8304<br>Fax: 212.812.8364<br>Attorneys for Plaintiff<br>National Biofuels LP |

OF COUNSEL:

Kenneth E. McKay
**LOCKE LORD BISSELL & LIDDELL LLP**
600 Travis, Suite 3400
Houston, Texas 77002-3095
713.226.1127
Fax: 713.223.3717

NYC 65483v.1