UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

National Biofuels LP

       Plaintiff,

                  08 CIVIL 2858    (VM  )(KNF)

-against-

Enagra, Inc., Michael V. Petras and
Robert Jagunich
       Defendant.
------------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: __Casey Brian Howard__

☒ *Attorney*

 ☒ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is:
  CH4633

 ☐ I am a Pro Hac Vice attorney

 ☐ I am a Government Agency attorney

☒ *Law Firm/Government Agency Association*

 From: Barger and Wolen LLP

 To: Locke Lord Bissell & Liddell LLP

 ☒ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

 ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

☒ *Address:* 885 Third Ave., 26th Fl., New York, NY 10022

☒ *Telephone Number:* (212) 812-8342

☒ *Fax Number:* (212) 812-8372

☒ *E-Mail Address:* choward@lockelord.com

Dated: 4/01/08