CLARK, ATCHESON & REISERT
Richard J. Reisert (RR-7118)
Attorneys for Garnishee
Societe Generale New York Branch
7800 River Road
North Bergen, NJ  07047
Tel: (201) 537-1200
Fax: (201) 537-1201

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
NATIONAL BIOFUELS LP,

                      Plaintiff,                   08-CV-2858

             v.                           **NOTICE OF APPEARANCE**

ENAGRA, INC., MICHAEL v. PETRAS AND
ROBERT JAGUNICH

                     Defendants.
-----------------------------------------------------------x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel for Garnishee, Societe Generale New York Branch.  I certify that I am admitted to practice before this Honorable Court.

Dated: North Bergen, New Jersey
         April 14, 2008

                                    CLARK, ATCHESON & REISERT
                                    Attorneys for Garnishee
                                    Societe Generale New York Branch
            By:  _____
                      Richard J. Reisert (RR-7118)
                      7800 River Road
                      North Bergen, NJ  07047
                      Tel: (201) 537-1200
                      Fax: (201) 537-1201
                      Email: reisert@navlaw.com