Kevin J. Walsh (KW 6083)
Casey B. Howard (CH 4633)
LOCKE LORD BISSELL & LIDDELL LLP
885 Third Avenue, 26th Floor
New York, New York 10022
(212) 947-4700 (Telephone)
(212) 947-1202 (Fax)

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-14-08
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------- x

NATIONAL BIOFUELS LP

                Plaintiff,

   - against –

ENAGRA, INC., MICHAEL V. PETRAS AND
ROBERT JAGUNICH

                Defendants.

------------------------------------------------------------- x

08 CV 2858 (VM)
ECF CASE

**PLAINTIFF NATIONAL BIOFUELS LP'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff NATIONAL BIOFUELS LP hereby voluntarily dismisses this action against all Defendants, with prejudice.

None of the Defendants have served an answer or otherwise responded to Plaintiff's Complaint, therefore Plaintiff's claims against Defendants will be dismissed without order of this Court upon the filing of this notice of dismissal.

Dated: New York, New York
       July 10, 2008

OF COUNSEL:
Kenneth E. McKay
LOCKE LORD BISSELL & LIDDELL LLP
600 Travis, Suite 3400
Houston, Texas 77002-3095
713.226.1127
Fax: 713.223.3717

Respectfully submitted,
LOCKE LORD BISSELL & LIDDELL LLP

By: _____
Kevin J. Walsh (KW 6083)
Casey B. Howard (CH 4633)
885 Third Avenue, 26th Floor
New York, New York 11105
212.812.8304
Fax: 212.812.8364
Attorneys for Plaintiff
National Biofuels LP

NYC 70385v.1

```
SO ORDERED:

7-11-08
DATE      VICTOR MARRERO, U.S.D.J.
```